Filing # 197803543 E-Filed 05/07/2024 03:14:52 PM

**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT**
**IN AND FOR PASCO COUNTY, FLORIDA**
**CIVIL DIVISION**

DOROTA KEPA
Plaintiff,

Case No.:
Division:

vs.

TARGET CORPORATION
Defendant
______________________________/

## COMPLAINT

Plaintiff, DOROTA KEPA, by and through undersigned counsel, hereby sues Defendant TARGET CORPORATION, and in support thereof alleges:

### Jurisdiction

1. This is an action for damages in excess of Fifty Thousand Dollars ($50,000.00), exclusive of costs and interest.

2. The Sixth Judicial Circuit Court has venue pursuant to Section 47.011, *Florida Statutes*, because the cause of action accrued in Pasco County, Florida.

3. Defendant TARGET CORPORATION is a foreign profit corporation licensed and doing business in the State of Florida.

### Ultimate Facts

4. On or about May 13, 2020, the Defendant owned, operated and/or controlled a retail store located at 2900 Little Road, Trinity, FL 34655 (hereinafter the "Premises").

5. At that time, the Plaintiff was lawfully on the Premises as a shopper.

6. The Defendant negligently maintained the Premises in such a way that a liquid was on the floor surface (hereinafter the "Dangerous Condition").

7. The Defendant knew or should have known of the existence of the Dangerous Condition and failed to take reasonable action to remedy it.

8. As a direct and proximate result of the Defendant's negligence, the Plaintiff suffered, and will continue to suffer in the future, bodily injuries, pain, medical expense, physical handicap and impaired working ability.

**Demand for Judgment**

WHEREFORE, Plaintiff, DOROTA KEPA, demands judgment against the Defendant, TARGET CORPORATION, for damages in addition to costs and such other relief to which the Plaintiff may be justly entitled.

**Demand for Jury Trial**

The Plaintiff hereby demands trial by jury of all issues so triable.

Dated May 7, 2024

/s/Andrew R. Mallory, Esq.
Andrew R. Mallory, FBN 86108
Hendry & Parker, PA
1659 Achieva Way, Suite 125
Dunedin, FL 34698
(727) 205-5555
Primary: andrew@hendryparker.com
Attorney for Plaintiff